# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATHRYN LOEWEN,** | CASE NO. 19-cv-00467-YGR |
| Plaintiff, | |
| vs. | **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |
| **JOHN MCDONNELL, III, ET AL.,** | |
| Defendants. | |

The Court has received defendants' statement regarding the status of arbitration. (Dkt. No. 54.) In it, defendants represent that they have had no contact with plaintiff or her counsel since January 10, 2020, nor are they aware of plaintiff initiating arbitration proceedings. Plaintiff has not filed a separate statement regarding the status of arbitration, as required by the Court. (Dkt. Nos. 52.) As such, plaintiff is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute. By no later than **Friday, May 22, 2020**, plaintiff shall file a response to this Order to Show Cause. Failure to do so will result in dismissal of the action.[1]

**IT IS SO ORDERED.**

Dated: April 21, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The compliance hearing set for April 24, 2020 is hereby **VACATED**.